174

## 18788. Tooke v. The State.

Luke, J. 1. The general grounds of the motion for a new trial are not argued or referred to in the brief of counsel for the plaintiff in error, and are treated as abandoned.

2. There is no merit in grounds 1, 2, 3, and 4 of the special assignments of error; and since, in the light of his note attached thereto, the trial judge does not approve of the fifth and last special ground, this court will not consider it.

Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.

Decided May 15, 1928.

John M. Greer, for plaintiff in error.
Jule Felton, solicitor-general, contra.